UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD FOUSE, individually and on behalf of others similarly situated <br><br>                 Plaintiff <br><br> v. <br><br> APOLLO ENERGY COMPANY INCORPORATED <br><br>                 Defendant. | Case No. 24-CV-01555 <br><br> **ANSWER OF DEFENDANT APOLLO ENERGY COMPANY, INC. TO COMPLAINT** |

Defendant Apollo Energy Company, Inc., by and through its undersigned counsel, files the within Answer and Affirmative Defenses, and in support thereof avers the following:

**I.**      **Introduction**

1. As to Plaintiff's allegations in Paragraph 1, Defendant lacks sufficient information and belief to either admit or deny and so denies.

2. As to Plaintiff's allegations in Paragraph 2, Defendant lacks sufficient information and belief to either admit or deny and so denies.

3. As to Plaintiff's allegations in Paragraph 3, Defendant denies.

4. As to Plaintiff's allegations in Paragraph 4, Defendant lacks sufficient information and belief to either admit or deny and so denies.

**II.**      **Parties**

5. As to Plaintiff's allegations in Paragraph 5, Defendant lacks sufficient information and belief to either admit or deny and so denies.

6. Admitted.

III.   **Jurisdiction and Venue**

7.     Admitted.

8.     Admitted.

9.     Admitted.

IV.   **The Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227**

10.    As to Plaintiff's allegations in Paragraph 10, Defendant lacks sufficient information and belief to either admit or deny and so denies.

11.    As to Plaintiff's allegations in Paragraph 11, Defendant lacks sufficient information and belief to either admit or deny and so denies.

12.    As to Plaintiff's allegations in Paragraph 12, Defendant lacks sufficient information and belief to either admit or deny and so denies.

13.    As to Plaintiff's allegations in Paragraph 13, Defendant lacks sufficient information and belief to either admit or deny and so denies.

14.    As to Plaintiff's allegations in Paragraph 14, Defendant lacks sufficient information and belief to either admit or deny and so denies.

V.    **Factual Allegations**

15.    Admitted.

16.    As to Plaintiff's allegations in Paragraph 16, Defendant lacks sufficient information and belief to either admit or deny and so denies.

17.    As to Plaintiff's allegations in Paragraph 17, Defendant lacks sufficient information and belief to either admit or deny and so denies.

18.    As to Plaintiff's allegations in Paragraph 18, Defendant lacks sufficient information and belief to either admit or deny and so denies.

19.     As to Plaintiff's allegations in Paragraph 19, Defendant lacks sufficient information and belief to either admit or deny and so denies.

20.     As to Plaintiff's allegations in Paragraph 20, Defendant lacks sufficient information and belief to either admit or deny and so denies.

21.     As to Plaintiff's allegations in Paragraph 21, Defendant lacks sufficient information and belief to either admit or deny and so denies.

22.     As to Plaintiff's allegations in Paragraph 22, Defendant lacks sufficient information and belief to either admit or deny and so denies.

23.     As to Plaintiff's allegations in Paragraph 23, Defendant lacks sufficient information and belief to either admit or deny and so denies.

24.     As to Plaintiff's allegations in Paragraph 24, Defendant lacks sufficient information and belief to either admit or deny and so denies.

25.     As to Plaintiff's allegations in Paragraph 25, Defendant lacks sufficient information and belief to either admit or deny and so denies.

26.     As to Plaintiff's allegations in Paragraph 26, Defendant lacks sufficient information and belief to either admit or deny and so denies.

27.     As to Plaintiff's allegations in Paragraph 27, Defendant denies.

**VI.     Class Action Allegations**

28.     As to Plaintiff's allegations in Paragraph 28, Defendant denies.

29.     As to Plaintiff's allegations in Paragraph 29, Defendant denies.

30.     As to Plaintiff's allegations in Paragraph 30, Defendant denies.

31.     As to Plaintiff's allegations in Paragraph 31, Defendant denies.

32.     As to Plaintiff's allegations in Paragraph 32, Defendant denies.

33.    As to Plaintiff's allegations in Paragraph 33, Defendant denies.

34.    As to Plaintiff's allegations in Paragraph 34, Defendant denies.

35.    As to Plaintiff's allegations in Paragraph 35, Defendant denies.

36.    As to Plaintiff's allegations in Paragraph 36, Defendant denies.

37.    As to Plaintiff's allegations in Paragraph 37, Defendant denies.

38.    As to Plaintiff's allegations in Paragraph 38, Defendant admits.

39.    As to Plaintiff's allegations in Paragraph 39, Defendant denies.

40.    As to Plaintiff's allegations in Paragraph 40, Defendant denies.

41.    As to Plaintiff's allegations in Paragraph 41, Defendant denies.

42.    As to Plaintiff's allegations in Paragraph 42, Defendant denies.

43.    As to Plaintiff's allegations in Paragraph 43, Defendant denies.

**First Cause of Action**

44.    As to Plaintiff's allegations in Paragraph 44, Defendant incorporates those responses contained within Paragraphs 1-43 as though fully set forth herein.

45.    As to Plaintiff's allegations in Paragraph 45, Defendant denies.

46.    As to Plaintiff's allegations in Paragraph 46, Defendant denies.

47.    As to Plaintiff's allegations in Paragraph 47, Defendant denies.

48.    As to Plaintiff's allegations in Paragraph 48, Defendant denies.

**Demand for Jury**

Defendant requests a jury trial as to all claims so triable.

**Affirmative Defenses**

In addition, Defendant asserts the following as separate affirmative defenses to the allegations in the complaint.

1.      Plaintiff's claims are barred by the doctrines of laches, waiver, and estoppel.

2.      The Complaint and each purported claim therein fail to state a claim upon which relief can be granted.

3.      Plaintiff's claims are barred, in part or in whole, by the applicable statute of limitations,

4.      Plaintiff has released, relinquished and/or waived the right to pursue the claims upon which Plaintiff now seeks relief.

5.      Plaintiff is barred in whole or in part from the relief it now seeks based on the unclean hands doctrine.

6.      Plaintiff is barred from any relief by the doctrines of waiver, estoppel and/or ratification.

7.      Plaintiff's recovery in this action is barred, in whole or in part, by their failure to exercise reasonable diligence to mitigate any alleged damages.

8.      Defendant alleges that any alleged conduct or omission by Defendant was not the cause in fact or proximate cause of any injury alleged by Plaintiff and therefore Plaintiff is not entitled to relief from Defendant.

9.      Defendant alleges that Plaintiff's alleged injuries were caused by acts or omissions of Plaintiff itself and/or third parties, not acts or omissions by Defendant. Specifically, Plaintiff booked appointments with Defendant prior to the text messages that are the source of this lawsuit.

10.     The Defendant has written procedures in place in compliance with the national do not call list rules.

11.     The Defendant provides training of personnel with regard to these procedures.

12.     The Defendant maintains an internal do not call list of persons not to contact.

13.     The Defendant uses internal procedures to ensure that telephone numbers on the national do not call list are not contacted.

14.     The Defendant uses internal procedures to ensure that it does not sell, lease, purchase, or otherwise use the national do not call list for any purpose other than compliance with 47 USC § 227.

Defendant reserves the right to amend, modify, supplement, and otherwise change this Answer and the foregoing affirmative defenses based upon legal theories, facts, and circumstances which may become known during the course of discovery and analysis of this case.

WHEREFORE, Defendant prays that Plaintiff take nothing by and from the complaint, and that Defendant be awarded costs of suit and attorney's fees.


Dated: March 11, 2025                    /s/ Darth Newman____
                                         Darth M. Newman, Esq.
                                         PA ID: 209449
                                         Law Offices of Darth M. Newman LLC
                                         1140 Thorn Run Road #601
                                         Coraopolis, PA 15108
                                         412-436-3443

                                         Timothy Reed, Esq. (CSB 242578)
                                         (*pro hac vice forthcoming*)
                                         Law Office of Timothy Reed
                                         1671 The Alameda, Suite 307
                                         San Jose, CA 95126
                                         669-444-1148

                                         *Attorneys for Defendant*
                                         *Apollo Energy Company, Inc.*