## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROGER LEE FOUSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO ENERGY COMPANY INCORPORATED<br><br>Defendant. | Case No. 2:24-cv-01555-CBB |

## <u>NOTICE OF STAY OF PROCEEDINGS</u>

Please take notice that Defendant Apollo Energy Company has filed for Bankruptcy under Chapter 7. A true and correct copy of the notice of bankruptcy filing is attached hereto as Exhibit A and fully incorporated by this reference. This case is accordingly stayed by order of the bankruptcy court under 11 USC § 362.

Dated: July 17, 2025

DEFENDANT, APOLLO ENERGY COMPANY
By its attorneys

/s/Timothy Reed
Timothy Reed
Law Office of Timothy Reed
1671 The Alameda, Suite 307
San Jose, CA 95126
(669) 444-1148
timothyreedesq@gmail.com

1

**EXHIBIT A**

United States Bankruptcy Court
District of Nevada

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/17/2025 at 08:55 AM and filed on 07/17/2025.

**APOLLO ENERGY COMPANY INC.**
318 N. CARSON ST.
CARSON CITY, NV 89701
Tax ID / EIN: 87-4816027

The case was filed by the debtor's attorney:

**KEVIN A. DARBY**
Darby Law Practice, Ltd
499 W. Plumb Lane
Suite 202
Reno, NV 89509
775-322-1237

The case was assigned case number 25-50655.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Booth Street, Reno, NV 89509.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Daniel S. Owens**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/17/2025 09:01:31 | | | |
| **PACER Login:** | darbylawpractice | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 25-50655 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |