IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

|  |  |
|---|---|
| ROGER LEE FOUSE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br><br> Plaintiff, <br><br> vs. <br><br> APOLLO ENERGY COMPANY INCORPORATED, <br><br> Defendant, | Civil Action No. 2:24-CV-01555-CBB <br><br> United States Magistrate Judge Christopher B. Brown |

**ORDER**

On July 17, 2025, counsel for APOLLO ENERGY COMPANY INCORPORATED filed a Notice of Stay and Notice of Bankruptcy (ECF Nos. 25-26), reflecting that on July 17, 2025, Apollo Energy Company, Inc. filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada.  *See In Re Apollo Energy Company, Inc.*, 3:25-bk-50655 (Bankr. D. Nev.).  Pursuant to Section 362(a) of the Bankruptcy Code, the petition operates as a stay on all proceedings against the debtor.  *See* 11 U.S.C. 362(a).

Therefore, it is hereby ORDERED that this action, as it relates to all parties, is temporarily STAYED and ADMINISTRATIVELY CLOSED.  Accordingly, all scheduled proceedings and deadlines are suspended pending further Order of this Court.

It is further ORDERED that should the Bankruptcy Court lift any part of the stay, Defendant shall immediately file a notice with the Court advising of such.

To clarify, this Order is not a dismissal of the lawsuit and nothing in this Order shall be considered a dismissal or disposition of the matter on the merits as to any party. Rather, it is a stay of the proceedings which means the case will be paused and administratively closed while the Bankruptcy proceedings continue.

DATED this 18th day of July, 2025.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

CC: All counsel of record, *via ECF*