UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD FOUSE, individually and on behalf of others similarly situated<br><br>Plaintiff<br><br>v.<br><br>APOLLO ENERGY COMPANY INCORPORATED<br><br>Defendant. | Case No. 24-CV-01555 |

**Motion for Withdrawal of Counsel**

Darth M. Newman, Esq. and the Law Offices of Darth M. Newman LLC, counsel for Defendant Apollo Energy Company, Inc., respectively moves that this Court permit their withdrawal as counsel of record for Defendant because their services were terminated by Defendant.

Dated: July 28, 2025

/s/ Darth Newman
Darth M. Newman, Esq.
PA ID: 209449
Law Offices of Darth M. Newman LLC
1140 Thorn Run Road #601
Coraopolis, PA 15108
412-436-3443

*Counsel for Defendant*
*Apollo Energy Company, Inc.*

1