UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD FOUSE, individually and on behalf of others similarly situated<br><br>          Plaintiff<br><br>v.<br><br>APOLLO ENERGY COMPANY INCORPORATED<br><br>          Defendant. | Case No. 24-CV-01555 |

**(Proposed) Order on Withdrawal of Counsel**

IT IS ORDERED that the appearances of Darth M. Newman, Esq. and the Law Offices of Darth M. Newman LLC as counsel for Defendant Apollo Energy Company, Inc. are hereby withdrawn.

By the Court:


United States Magistrate Judge

1